

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION FOR REHEARING

Appellate case name:      Christopher Anzures v. The State of Texas

Appellate case number:    01-19-00157-CR

Trial court case number:  MD-0380949

Trial court:              County Court at Law No 3 of Galveston County

      Appellant's motion for rehearing is denied. It is so ORDERED.


Judge's signature: _/s/ Richard Hightower_____
                   Acting for the Court

Panel consists of Chief Justice Radack and Justice Hightower.


Date: _March 2, 2021_____